JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenneth Lewis,<br><br>              Plaintiff,<br><br>       v.<br><br>D. Scott Carruthers and Associates,<br><br>              Defendant(s).<br>_____ | SACV 15-01695  JVS (DFMx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

   The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

   IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED:   December 7, 2015

_____
James V. Selna
United States District Judge