TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
43 Danbury Road
Wilton, CT 06897
Telephone: (480) 247-9644
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Kenneth Lewis

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Kenneth Lewis, <br><br> Plaintiff, <br><br> vs. <br><br> D. Scott Carruthers and Associates, LLC, <br><br> Defendant. | Case No.: 8:15-cv-01695-JVS-DFM <br><br> **ORDER** |

PROPOSED ORDER

1
2    Based on the Stipulation of counsel, the case is dismissed with prejudice, each
3 party to bear its own attorney fees and costs.
4
5
6
7 Date: February 08, 2016    _____
8                                             Judge:
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28